

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAR 12 2020

**Cohen & Mizrahi LLP**

Edward Y. Kroub – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: Edward@cml.legal | W: cml.legal

March 10, 2020

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MAR 12 2020

SO ORDERED

The status conference is adjourned from March 11, 2020 to April 29, 2020 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: *Rosenberg v. Equifax Information Services, LLC, et al*, 1:19-cv-09211 (GBD)

Dear Judge Daniels:

We represent Plaintiff Shaul Rosenberg ("Plaintiff") in the above action and respectfully write jointly with defendant Experian Information Solutions, Inc. ("Experian") (collectively, "the Parties") to update the Court and respectfully request that the Court adjourn the conference scheduled for tomorrow at 9:45am. Plaintiff now anticipates amending the complaint to include additional claims. The Parties will meet and confer regarding the proposed amendment, and anticipate updating the Court within the next two weeks. Additionally, the Parties respectfully request that the Court adjourn the conference for forty-five days.

We thank the Court for the time and consideration of the above request.

Respectfully submitted,

/s/ Edward Y. Kroub
EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)