UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SHAUL ROSENBERG,

                Plaintiff,

           -against-

EQUIFAX INFORMATION SERVICES, LLC et al.,

                Defendants.

------------------------------------- x

ORDER

19 Civ. 9211 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 29, 2020 conference is adjourned to August 5, 2020 at 9:45 a.m.

Dated: New York, New York
      March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge