**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SHAUL ROSENBERG,

                Plaintiff,

    -against-

AMERICAN HONDA FINANCE CORP.,

                Defendant.

------------------------------------- x

<u>ORDER</u>

19 Civ. 09211 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

All conferences previously scheduled are adjourned *sine die*.

Dated: March 31, 2020
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge