**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SHAUL ROSENBERG,

                              Plaintiff,

    -against-

EXPERIAN INFORMATION SOLUTIONS, INC.,

                              Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 3 2020

ORDER

19 Civ. 9211 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for August 5, 2020 at 9:45 a.m. is canceled.

Dated: New York, New York
       August 3, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge